# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Reginald Allen Jackson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00101-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Brick Tripp | ) | |
| United States Corporation Company | | |
| SF-274-Payment Bond | | |
| Superior Court of the District of Columbia | | |
| SF-275-Bid Bond | | |
| United States Parole Commission | | |
| SF273-Performance Bond, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2015 Order.

March 25, 2015

Frank G. Johns, Clerk
United States District Court